# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 5, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

Re:  Hiram Miles
     v. Court of Appeals of Texas, Fourth District
     No. 14-9983
     (Your No. WR-46,247-12)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

Scott S. Harris, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 13 2015

*Abel Acosta. Clerk*